1
2
3
4
5
6
7

JS-6

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | AVALONBAY COMMUNITIES, INC.,

| Case No. SACV 08-1105 AHS (ANx)

12

13 |                  Plaintiff,

| Assigned for all purposes to Hon. Alicemarie H. Stotler, Chief Judge

14 |        v.

15 | CARSON MARKETPLACE, LLC,

| **CONSENT JUDGMENT AND PERMANENT INJUNCTION**

16 |                  Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Plaintiff AvalonBay Communities, Inc. ("Avalon") and Carson Marketplace, LLC ("Carson Marketplace") have agreed in a separate agreement to settlement of the matters in issue between them and to the entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1.      This is an action for: (1) federal trademark infringement, federal false designation of origin, and federal trademark dilution under section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1051, *et seq.*; (2) trademark dilution under California Business and Professions Code § 14247; (3) statutory unfair competition under California Business and Professions Code § 17200, *et seq.*; (4) common law trademark infringement; (5) common law unfair competition; and (6) unjust enrichment.

2.      This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a), as well as 15 U.S.C. §§ 1119 and 1121(a).  This Court has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

3.      Plaintiff Avalon is a Maryland corporation, having its principal place of business at 2900 Eisenhower Avenue, Suite 300 Alexandria, Virginia 22314.

4.      Defendant Carson Marketplace is a Delaware limited liability corporation having its principal place of business at 4350 Von Karman Avenue, Suite 200, Newport Beach, California 92660.

5.      For many years, and prior to the acts of Carson Marketplace discussed herein, Avalon has been using a distinctive family of trademarks that incorporate the word "Avalon" for the business of acquiring, developing, redeveloping, managing, and/or owning real estate properties.

6.      Avalon is the owner of and has the right to enforce United States Trademark Registration No. 1,871,559 for AVALON PROPERTIES & Design®; United States Trademark Registration No. 2,618,414 for AVALONBAY®; United States Trademark Registration No. 2,799,153 for AVALON & Design®; United States Trademark Registration No. 2,887,466 for AVALON & Design®; United States Trademark Registration No. 2,931,998 for AVALON COMMUNITIES®; United States Trademark Registration No. 2,950,374 for AVALONBAY®; United States Trademark Registration No. 2,950,378 for AVALON COMMUNITIES & Design®; United States Trademark Registration No. 2,950,379 for AVALON COMMUNITIES & Design®; United States Trademark Registration No. 2,950,380 for AVALON ON THE®; United States Trademark Registration No. 2,980,030 for AVALON AT®; United States Trademark Registration No. 3,101,896 for AVALON®; United States Trademark Registration No. 3,154,668 for AVALONBAY®; United States Trademark Registration No. 3,174,679 for AVALON ON®; United States Trademark Registration No. 3,174,680 for AVALON ON THE®; United States Trademark Registration No. 3,174,681 for AVALON COMMUNITIES & Design®; United States Trademark Registration No. 3,419,667 for AVALON COMMUNITIES & Design®; and United States Trademark Registration No. 3,423,982 for AVALON COMMUNITIES & Design® (hereinafter collectively referred to as the "Avalon Marks"). Copies of the federal registrations for the Avalon Marks, which are valid and enforceable throughout the United States, are attached hereto as Exhibits 1-17. These registrations remain in full force and effect.

7.      Carson Marketplace has used the mark "AVALON AT SOUTH BAY" in its business to market, advertise, promote, offer for sale, and/or sell or lease all or portions of the proposed residential, commercial, and mixed-use development located in Carson, California and bounded by the 405 Freeway, Avalon Boulevard

and Del Amo Boulevard, as well as in its business of leasing and management of shopping mall space and shopping center services (collectively hereinafter the "Project"). In addition, Carson Marketplace obtained and used the internet domain address of "avalonsouthbay.com."

8.     Carson Marketplace's use of "AVALON AT SOUTH BAY" and "avalonsouthbay.com" after the date hereof would constitute trademark infringement of the Avalon Marks in violation of the Lanham Act, 15 U.S.C. §105l, *et seq.*, to the substantial and irreparable injury of the public and of Avalon's business reputation and goodwill.

9.     By marketing, advertising, promoting, offering for sale, and/or selling or leasing the Project using the "AVALON AT SOUTH BAY" name after the date hereof, Carson Marketplace would infringe Avalon's federal and common law trademark rights in the Avalon Marks in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a). Carson Marketplace's above-recited acts if taken after the date hereof would further constitute false designation of origin, false deception, false representation, and/or unfair competition in violation of 15 U.S.C. § 1125(a), as such acts are likely to confuse and deceive customers and prospective customers into believing that the Project is from or sponsored by Avalon.

10.     The Avalon Marks are distinctive and famous, and Carson Marketplace's use of the marks "AVALON AT SOUTH BAY" and "avalonsouthbay.com" was subsequent to the Avalon Marks becoming famous. By reason of Carson Marketplace's acts complained of herein, taken after the date hereof, Carson Marketplace would cause the dilution of the distinctive quality of the Avalon Marks in violation of 15 U.S.C. § 1125(c) and California Business and Professions Code § 14330.

11.     Carson Marketplace's marketing, advertising, promotion, offering for sale or lease, and/or sale or lease of the Project using the "AVALON AT SOUTH

BAY" name after the date hereof would also constitute unfair competition in violation of California Business and Professions Code § 17200 *et seq.*, common law trademark infringement, and common law unfair competition.

12.   Carson Marketplace and its members, managers, owners, officers, employees, attorneys, agents, servants and all persons and/or entities acting for, with, by or through it, and/or in active concert or participation with them are hereby permanently enjoined from engaging in any of the following activities:

(a) using the Avalon Marks, "AVALON AT SOUTH BAY," "avalonsouthbay.com," or any other mark, design, reproduction, copy, or symbol that is confusingly similar thereto, in connection with the marketing, advertisement, promotion, offering for sale or lease, and/or sale or lease of real estate related goods and services not authorized by plaintiff Avalon;

(b) using the Avalon Marks, "AVALON AT SOUTH BAY," "avalonsouthbay.com," or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

(c) representing in any manner that the Project originates from, is affiliated with, or is sponsored, approved, or authorized by Avalon or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of goods, services or other products provided by Carson Marketplace; and

(d) infringing or diluting the distinctive quality of the Avalon Marks.

13.   The parties shall bear their own attorneys' fees, except as otherwise agreed to between the parties.

14.   Service by mail upon Carson Marketplace, addressed to Gordon K. Eng, Brown Winfield Canzoneri Abram Inc., 300 S. Grand Avenue, 15th Floor, Los Angeles, CA 90071-3125, of a copy of this Consent Judgment and Permanent

1  Injunction entered by the Court is deemed sufficient notice under Federal Rule of
2  Civil Procedure 65.  It shall not be necessary for Carson Marketplace to sign any
3  acknowledgement of service.
4
5
6
7      **IT IS SO ORDERED:**
8
9      Dated:  October 23, 2008
10
                                    ALICEMARIE H. STOTLER
11                                  _____
                                    Hon. Alicemarie H. Stotler
12                                  Chief U.S. District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 6 -

1

2

Approved as to form and content:

3
Dated:        October __, 2008            JONES DAY

4

5
By:_____
        Brent D. Sokol

6
Attorneys for Plaintiff
AVALONBAY COMMUNITIES,
INC.

7

8

9
Dated:        October __, 2008            BROWN WINFIELD CANZONERI
ABRAM INC.

10

11
By:_____
        Gordon K. Eng

12

13
Attorneys for Defendant
CARSON MARKETPLACE, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28